NUMBER 13-06-161-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

BARBARA J. BECKHAM,                                           Appellant,

 

                                           v.

 

RIMKUS
CONSULTING GROUP, INC.,                           Appellee.

___________________________________________________________________

 

                  On appeal from the 105th
District Court

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 

Appellant, BARBARA
J. BECKHAM, perfected an appeal from a judgment entered by the 105th
District Court of Nueces County, Texas, in cause number 03-335-D.  After the notice
of appeal was filed, appellant filed a motion to dismiss the appeal.  Appellant requests that this Court dismiss
the appeal.








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 1st day of June, 2006.